```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                                    :

ANNA SCHULTHEISS                          :    BK No. 05-11660
          Debtor                               Chapter 13

JOHN BOYAJIAN, Trustee                    :
          Plaintiff
v.                                        :    A.P. No. 06-1057

DAVID J. JOHANSEN                         :
          Defendant
- - - - - - - - - - - - - - - - - -x
```

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

After review of the pleadings, the Trustee's Motion for Temporary Restraining Order is GRANTED effective forthwith, i.e., at 4:45 p.m. on April 7, 2006.

The parties are notified that the matter will come on for hearing on Tuesday, April 11, 2006, at 10:00 a.m., on the request for preliminary injunction.

Dated at Providence, Rhode Island, this 7th day of April, 2006, at 4:45 p.m.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 4/7/06